AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of South Dakota

| | |
|---|---|
| Jeff Barth, et al. <br> *Plaintiff* <br> v. <br> "Mike" Rounds, Jeffrey T. Sveen, Robert "Tad" Perry <br> *Defendant* | ) <br> ) <br> )   Case No.   14-MC-00118 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

"Mike" Rounds and Robert "Tad" Perry                                                            .

Date:   10/20/2014

*Attorney's signature*

Wiliam P. Fuller   0565
*Printed name and bar number*

Fuller & Williamson, LLP
7521 S. Louise Avenue
Sioux Falls, SD  57108

*Address*

bfuller@fullerandwilliamson.com
*E-mail address*

(605) 333-0003
*Telephone number*

(605) 333-0007
*FAX number*