UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

| | | |
|---|---|---|
| | : | 14-MC-00118-KES |
| JEFF BARTH, personally and in his capacity as sitting County Commissioner for the COUNTY OF MINNEHAHA, SOUTH DAKOTA, and all others similarly situated,, | : : | |
| Petitioners, | : | AFFIDAVIT OF M. MICHAEL ROUNDS |
| vs. | : | |
| MARION M. "MIKE" ROUNDS, JEFFREY T. SVEEN, ROBERT "TAD" PERRY, | : : | |
| Respondents. | | |

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

STATE OF SOUTH DAKOTA  )
                       : SS
COUNTY OF STANLEY      )

M. Michael Rounds, duly sworn under oath, states as follows:

    1.    I have no personal files related to the EB-5 Program.

    2.    While I served as the Governor of South Dakota, the State maintained my official documents, records, and correspondences.

    3.    After serving as the Governor of South Dakota in 2011, I received several CDs from the State that contain copies of the official documents, records, and correspondences while I was in office.

    4.    To my knowledge, the State continues to maintain the official documents, records, and correspondences that were copied on the CDs.

14-MC-00118-KES
Affidavit of M. Michael Rounds

5. I have not and will not destroy the CDs or any copies of the documents, records, or correspondences pertaining to the EB-5 Program that may be contained therein.

Dated this 16th day of October, 2014

_M. Michael Rounds_
M. Michael Rounds

Subscribed to and sworn before me
this 16th day of October, 2014.

_Melissa Hull_
Notary Public:
My Commission Expires: November 19, 2016

```
MELISSA HULL
Notary Public
SEAL
South Dakota
```

2